ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT. WORTH DIVISION

2002 AUG 26 PM 2:26

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATRICK JONES | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4-02CV-722-A |
| | § | |
| AFLAC | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

American Family Life Assurance Company of Columbus ("AFLAC"), named herein as AFLAC, the sole defendant in the above-entitled action, files this Notice of Removal of that action from the County Court at Law No. 1, Tarrant County, Texas, to the United States District Court for the Northern District of Texas, Fort Worth Division, and in support of its notice respectfully shows:

1. This is a civil action originally filed and now pending in the County Court at Law No. 1, Tarrant County, Texas, Cause No. 02-10740-1, in which the plaintiff is Patrick Jones ("Plaintiff" or "Jones"), and the Defendant is AFLAC. This case is referred to herein as the "State Court Lawsuit."

2. Pursuant to Local Rule 81.1, attached to this notice are: an index of the documents that have been filed in the State Court Lawsuit (Tab A); a copy of the state court's docket sheet (Tab 1); and each document filed in the State Court Lawsuit arranged in chronological order (Tabs 2-5). This includes all process, pleadings, and other papers served on the Defendant to date in the State Court Lawsuit.

3. Plaintiff's Original Petition was filed on July 25, 2002, and it was first served on AFLAC on August 6, 2002. *See* Tab 4.

4. Plaintiff alleges violations of 42 U.S.C. § 1981 and Texas Ins. Code art. 21.21. *See* Tab 2.

5. AFLAC filed its Original Answer in the State Court Lawsuit on August 23, 2002. *See* Tab 5.

6. The filing of this Notice of Removal is in no way a waiver of any of the defenses Defendant has asserted.

7. This Notice of Removal, together with all process, pleadings, and orders served on defendant or otherwise on file in the State Court Lawsuit, are being filed in this Court within 30 days of the date Defendant received Plaintiff's Original Petition.

8. This Court has original jurisdiction by federal question jurisdiction in this cause pursuant to 28 U.S.C. § 1331. Jones claims relief under a law of the United States, 42 U.S.C. § 1981. Because Jones claims relief for an action arising under a law of the United States, the Court has original jurisdiction and this action is removable to federal court. *See* 28 U.S.C. § 1441(b). The Court has supplemental jurisdiction over the state law claim because it has original jurisdiction over the Section 1981 claim and the state law claim is so related to that claim such that it forms part of the same case and controversy brought by Plaintiff. *See* 28 U.S.C. § 1367 (a).

9. Venue is proper in this Court because it presides over the district and division embracing Tarrant County, Texas, where the State Court Lawsuit was filed and is pending.

10. Contemporaneously with the filing of this notice, a Notice of Filing Notice of Removal is being filed with the Clerk of the County Court at Law No. 1 for filing in Cause No. 02-10740-1. *See* 28 U.S.C. § 1446(d).

WHEREFORE, Defendant AFLAC hereby removes Cause No. 02-10740-1 from the County Court at Law No. 1, Tarrant County, Texas into this court for trial and determination, and prays that all further proceedings in the State Court Lawsuit be stayed, and further prays for all additional relief to which it may be entitled.

Respectfully submitted,

A. Shonn Brown
State Bar No. 24007164
LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

William B. Steele
State Bar No. 19107400
LOCKE LIDDELL & SAPP LLP
100 Congress, Suite 300
Austin, Texas 78701-4042
Telephone: (512) 305-4700
Facsimile: (512) 395-4800

ATTORNEYS FOR DEFENDANT
AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing document was served on Nelda F. Harris, 2000 E. Lamar Blvd., Suite 600, Arlington, Texas 76006, counsel for Plaintiff, via certified mail, return receipt requested, this 26th day of August, 2002.

A. Shonn Brown