FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FORT WORTH DIVISION
2002 AUG 26 PM 2:28
CLERK OF COURT

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATRICK JONES | § | |
| Plaintiff | § | |
| | § | |
| | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 4-02CV0722-A |
| | § | |
| AFLAC | § | |
| | § | |
| Defendant. | § | |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Local Rules 81.1(a)(3)(D) and 3.1(f) of the United States District Court for the Northern District of Texas, at this time, Defendant American Family Life Assurance Company of Columbus ("AFLAC"), is aware of the following interested persons:

1. Patrick Jones
   **Plaintiff, represented by counsel**

2. American Family Life Insurance Company
   **Defendant, represented by counsel**

3. Nelda F. Harris
   State Bar No. 09083500
   2000 E. Lamar Blvd., Suite 600/
   Arlington, Texas 76006
   Telephone: (817) 588-3035
   Facsimile: (817) 446-6266
   **Attorney for Plaintiff**

4. A. Shonn Brown, Attorney of Record
   State Bar No. 24007164
   LOCKE LIDDELL & SAPP LLP
   2200 Ross Avenue, Suite 2200
   Dallas, TX 75201-6776
   Telephone: (214) 740-8000
   Facsimile: (214) 740-8800
   **Attorney for Defendant**

5. William B. Steele
State Bar No. 19107400
LOCKE LIDDELL & SAPP LLP
100 Congress, Suite 300
Austin, Texas 78701-4042
Telephone: (512) 305-4700
Facsimile: (512) 395-4800
**Attorney for Defendant**

AFLAC reserves the right to amend or supplement this Certificate of Interested Persons as discovery progresses.

Respectfully submitted,

LOCKE LIDDELL & SAPP LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

By: [signature]
A. Shonn Brown
State Bar No. 24007164
William B. Steele
State Bar No. 19107400
LOCKE LIDDELL & SAPP LLP
100 Congress, Suite 300
Austin, Texas 78701-4042
Telephone: (512) 305-4700
Facsimile: (512) 395-4800

ATTORNEYS FOR DEFENDANT
AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing document was served on Nelda F. Harris, 2000 E. Lamar Blvd., Suite 600, Arlington, Texas 76006, counsel for Plaintiff, via certified mail, return receipt requested, this 26th day of August, 2002.

A. Shonn Brown