NORTHERN DISTRICT OF TEXAS
FILED
SEP 27 2002
CLERK, U.S. DISTRICT COURT
By ______ Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATRICK JONES, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:02-CV-722-A |
| | § | |
| AFLAC, | § | |
| | § | |
| Defendant. | § | |

O R D E R

The court notes that following the removal of the above-captioned action to this court on August 26, 2002, plaintiff, Patrick Jones, has not filed a certificate of interested persons, as required by Local Civil Rule 81.2.

Accordingly,

The court ORDERS that plaintiff file a certificate of interested persons by 4:30 p.m. on October 4, 2002.

SIGNED September 27, 2002.

JOHN McBRYDE
United States District Judge

ENTERED
SEP 30 2002
U.S.D.C.

3