ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FORT WORTH DIVISION
2002 OCT -3 PM 3:57
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **PATRICK JONES** | § | |
| **V.** | § | **NO. 4:02-CV-722-A** |
| **AFLAC** | § | |

## CERTIFICATE OF INTEESTED PERSONS

Pursuant to Local Civil Rule 81.2, Plaintiff, Patrick Jones is aware of the following interested persons:

1. Patrick Jones

2. American Family Life Assurance Company, herein referred to as AFLAC

3. Nelda F. Harris
   SBOT. No. 0983500
   2000 E. Lamar Blvd., Suite 600
   Arlington, Texas 76006
   (817) 588-3035
   (817) 446-6266 FAX
   Attorney For Plaintiff

4. A. Shonn Brown
   SBOT. No. 24007164
   Locke Liddell &Sapp LLP
   2200 Ross Avenue, Suite 2200
   Dallas, Texas 75201-6776
   (214) 740-8000
   (214) 740-8800 FAX
   Attorney of Record for Defendant



5

4. William B. Steele
SBOT. No. 19107400
Locke Liddell &Sapp LLP
100 Congress, Suite 300
Austin, Texas 78701-4042
(512) 305-4700
(512) 305-4800 FAX
Attorney of Defendant

Respectfully submitted,

NELDA F. HARRIS
SBOT. NO. 09083500
2000 E. LAMAR BLVD., SUITE 600
ARLINGTON, TEXAS 76006
(817) 588-3035 FAX (817) 446-6266
ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

This is to certify that on OCTOBER 3, 2002 a true and correct copy of the above and foregoing CERTIFICATE OF INTERESTED PERSONS has been served upon A. Shonn Brown in the following manner:

_______ telephonic document transfer

X
_______ certified return receipt requested

in accordance with the Federal Rules of Civil Procedure.

NELDA F. HARRIS