ORIGINAL

U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION
2002 OCT 25 PM 2:55
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| PATRICK JONES | § | |
| V. | § | NO. 4:02-CV-722-A |
| AFLAC | § | |

# JOINT STATUS

TO THE HONORABLE JUDGE:

NOW COME Patrick Jones, Plaintiff, and Defendant, American Family Life Assurance Company of Columbus ("AFLAC") and file their JOINT STATUS REPORT:

## I. NATURE OF THE CASE

Plaintiff

This action was brought under the Civil rights Act of 1866, 42 U.S.C. Section 1981, as amended by the Civil Rights Act of 1991, to recover damages from defendant, AFLAC, for intentionally depriving Plaintiff of his right to enforce his insurance contract and to enjoy the benefits, privileges, terms and conditions of that insurance contract because of his race and color. Plaintiff, alternatively seeks damages for misrepresentations made by defendant relating to coverage and



6

unfair claims settlement practice under Art. 21.21 of the Texas Insurance Code and Section 17.46(b) of the Texas Business and Commerce Code.

Defendant

AFLAC denies each and every allegation made by Plaintiff. AFLAC denies discriminating against Mr. Jones on the basis of his race, participating in unfair settlement or deceptive practices by AFLAC, and breaching the duty of good faith to Mr. Jones.

II. CHALENGES TO JURISDICTION AND VENUE

Plaintiff and Defendant

This court has subject matter jurisdiction pursuant to 28 U.S.C. 1331 to hear the federal question raised under 42 U.S.C Section 1981 and pendant jurisdiction to hear the state law claims. Venue is proper in this Court because it presides over the district and division embracing Tarrant County, Texas where the State Court lawsuit was filed and is pending.

III. MOTIONS CONTEMPLATED

Plaintiff

No motions are contemplated at this time.

Defendant

No motions are contemplated at this time.

IV. MATTERS THAT REQUIRE A CONFERENCE WITH THE COURT

Plaintiff and Defendant

No matters require a conference at this time.

V. LIKELIHOOD THAT OTHER PARTIES WILL BE JOINED

Plaintiff and Defendant

It is unlikely that other parties will be joined.

VI. REQUESTED TRIAL DATE; JURY DEMAND

Plaintiff

Plaintiff requests a trial in May of 2004 and estimate that the trial will take one day. A jury has been demanded

Defendant

Defendant has no objection to Plaintiff's requested trial setting of May 2004.

VII. PROSPECTS OF SETTLEMENT

Plaintiff

Settlement has been reached.

Defendant

Settlement has been reached and the parties are in the process of preparing settlement documents and disposition papers for filing with the Court.

VIII. OTHER RELEVANT MATTERS

Plaintiff/Defendant?

Pursuant to Fed.R.Civ.P. 26(f), the parties will agree to the

following:

1) The parties will serve initial disclosures no later than January 7, 2002.

2) The parties will conduct discovery on the merits of Plaintiff's claims and Defendant's defenses, as well as, Plaintiff's mitigation of damages.

3) The parties agree to the limitations on discovery set out in the Federal Rules and the Local Rules.

Respectfully submitted,

NELDA F. HARRIS
SBOT. NO. 09083500
2000 E. LAMAR BLVD., SUITE 600
ARLINGTON, TEXAS 76006
(817) 588-3035 FAX (817) 446-6266
ATTORNEY FOR PLAINTIFF

A. SHONN BROWN
SBOT. NO. 24007164
LOCKE LIDDELL & SAPP LLP
2200 ROSS AVENUE, SUITE 2200
DALLAS, TEXAS 75201-6776
TELEPHONE: (214) 740-8000
FACSIMILE: (214) 740-8800

WILLIAM B.STEELE
LOCKE LIDDELL & SAPP LLP

SBOT. NO. 19107400
100 CONGRESS, SUITE 300
AUSTIN, TEXAS 78701-4042
TELEPHONE: (512) 305-4700
FACSIMILE: (512) 395-4800

ATTORNEYSF FOR DEFENDANT
AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS